O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-1152-CAS |
|---|---|---|
| Plaintiff, | ) | JUDGMENT ON VIOLATION OF SUPERVISED RELEASE |
| v. | ) | |
| BRIAN TIMOTHY SCHATZLEIN, | ) | |
| Defendant. | ) | |

On August 25, 2011, November 29, 2011, February 15, 2012 and May 18, 2012, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed August 8, 2011, October 21, 2011, November 9, 2011, and January 10, 2012. The Government, Christopher Pelham, the defendant and his appointed attorney, Neha Meta, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Jennifer Smith, was also present. The defendant admitted violating his supervised release as stated in the allegations of the petitions filed August 8, 2011, October 21, 2011, November 9, 2011, and January 10, 2012. The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the original Judgments and Commitment Orders dated September 29, 1998, January 14, 2011 and January 18, 2012. Defendant's Supervised Release is hereby revoked.

The defendant is placed for a period of sixty (60) months in a home detention program and shall observe all rules of such program, as directed by the Probation Officer.

| | |
|---|---|
| 1 | Defendant's home detention shall not include any type of electronic monitoring or automated |
| 2 | identification system.  Defendant shall be supervised in San Diego, California.  Upon |
| 3 | completion of the home detention program, supervision shall terminate. |
| 4 | IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States |
| 5 | Marshal or other qualified officer and that said copy shall serve as the commitment of |
| 6 | defendant. |

FILE/DATED: May 22, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRI NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2